IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSHA ASBERRY-JONES | : CIVIL ACTION |
| v. | : NO. 19-83 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, *et al.* | : |

## ORDER

**AND NOW**, this 10th day of May 2019, upon considering Defendants' Motion to compel arbitration (ECF Doc. No. 5), Plaintiff's Response (ECF Doc. No. 8), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to compel arbitration (ECF Doc. No. 5) is **GRANTED in part** and **DENIED in part**:

1. Defendants' Motion (ECF Doc. No. 5) is **GRANTED** to require the parties to immediately proceed on the contractual arbitration under the American Arbitration Association defined in their arbitration agreement with the objective of promptly resolving all claims consistent with the purposes of arbitration;

2. Defendants' Motion (ECF Doc. No. 5) seeking dismissal after compelling arbitration is **DENIED** as we must stay rather than dismiss under the Pennsylvania Human Relations Act;

3. The Clerk of Court shall place this matter in the Court's **suspense** docket; and,

4. Defendants' counsel shall file status memoranda on **June 30, 2019** and every ninety days thereafter until the parties move to either dismiss this case or enforce/vacate the arbitration award no later than **March 16, 2020**.

_____
KEARNEY, J.